430

### Robert D. YOUNG, Claimant–Appellant,

v.

### Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7279.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2004.

ON MOTION

*ORDER*

Upon consideration of Robert D. Young's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

### Gary N. JOHNSON, Petitioner,

v.

### DEPARTMENT OF THE AIR FORCE, Respondent.

No. 04–3258, 04–3277.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2004.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.